| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

TERRENCE LAVAIL OLIPHANT, §
　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　§
　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　§　CIVIL ACTION NO. 9:24-CV-119
　　　　　　　　　　　　　　　§
MICAH CORBET,　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　　§

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　　　Terrence Lavail Oliphant, proceeding *pro se*, filed this civil rights lawsuit against Micah Corbet. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendant be denied. To date, the parties have not filed objections.

　　　　The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

　　　　Accordingly, the Report and Recommendation of United States Magistrate Judge (#8) is **ADOPTED**. The motion to dismiss (#6) is **DENIED**.

　　　　SIGNED at Beaumont, Texas, this 7th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE